# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Broadcast Music Incorporated, et al., | No. CV-19-04864-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Baja Joe's LLC, et al., | |
| Defendants. | |

After review of the docket, the Court notes that service on Defendants was made on August 18, 2019. No answers have been filed and no applications for entry of default have been made.

IT IS ORDERED that counsel for the Plaintiffs file a status report within 7 days of the date of this Order.

IT IS FURTHER ORDERED that the matter will be dismissed without further notice 7 days from the date of this Order if counsel fails to file a status report.

Dated this 12th day of September, 2019.

_____
Susan R. Bolton
United States District Judge