Mark Deatherage (Bar No. 010208)
mark.deatherage@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Broadcast Music, Inc.; Universal-Songs of Polygram International, Inc.; Warner-Tamerlane Publishing Corp.; Cyanide Publishing; Rick Springfield Music; Sony/ATV Songs LLC; Mow B'Jow Music Inc.; EMI Consortium Songs, Inc. dba EMI Longitude Music; Dandelion Music Co., A Division of Jamie Music Publishing Co.; EMI Blackwood Music Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Baja Joe's, LLC dba Baja Joe's Mexican Cantina aka Baja Joe's; Sean M. Smith, individually; Sean M. Smith Living Trust; <br><br> Defendants. | Case No. CV-19-4864-PHX-SRB <br><br> **STATUS REPORT** |

Plaintiffs submit this status report pursuant to the Court's order of September 12, 2019. Plaintiffs' counsel has communicated with defendant's principal, and has reviewed the information and requests from defendants with Plaintiff Broadcast Music, Inc. Plaintiffs will be conveying a settlement demand/proposal this week, and intend to afford defendants 7-10 days either to settle or to file an answer or responsive pleading.

By September 30, Plaintiffs intend to file either (a) a notice of settlement, (b) an application for entry of default, followed by a motion for entry of default judgment, or (c) a stipulation for an additional extension of time for defendants to answer or otherwise respond, with a substantive explanation of the basis for the additional extension request.

RESPECTFULLY SUBMITTED this 16th day of September, 2019.

GALLAGHER & KENNEDY, P.A.

By: /s/ Mark Deatherage
Mark Deatherage
2575 East Camelback Road
Phoenix, Arizona  85016-9225
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/ Andrea L. Parker