Mark Deatherage (Bar No. 010208)
mark.deatherage@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:  (602) 530-8000
Facsimile:   (602) 530-8500
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Broadcast Music, Inc.; Universal-Songs of Polygram International, Inc.; Warner-Tamerlane Publishing Corp.; Cyanide Publishing; Rick Springfield Music; Sony/ATV Songs LLC; Mow B'Jow Music Inc.; EMI Consortium Songs, Inc. dba EMI Longitude Music; Dandelion Music Co., A Division of Jamie Music Publishing Co.; EMI Blackwood Music Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Baja Joe's, LLC dba Baja Joe's Mexican Cantina aka Baja Joe's; Sean M. Smith, individually; Sean M. Smith Living Trust; <br><br> Defendants. | Case No. CV-19-4864-PHX-SRB <br><br> **PLAINTIFFS' SUPPLEMENTAL STATUS REPORT** |

Plaintiffs submit this Supplement to their September 16, 2019 Status Report, which was provided pursuant to the Court's order of September 12, 2019.  This is a music copyright infringement action, involving music played at defendants' establishment, Baja Joe's Mexican Cantina, in Mesa, without a license or permission.  Plaintiffs' counsel has continued to communicate with Sean Smith, who is the principal for defendant Baja Joe's, LLC and an individual defendant.  Mr. Smith has provided additional information and materials in support of his settlement position; Plaintiffs have reviewed, evaluated, and responded to that information; and the parties have exchanged multiple settlement counter-proposals.  At this point, the parties remain fairly far apart, but are still communicating.  However, Mr. Smith will be out of town and generally unavailable for the next week or so.

As a result, Plaintiffs believe it makes sense and would serve judicial economy for defendants to have until October 25, 2019 to answer or otherwise respond to the complaint, and, if by that date defendants have not filed a responsive pleading and no notice of settlement has been filed, Plaintiffs then have until October 31, 2019 to apply for entry of default against defendants.

RESPECTFULLY SUBMITTED this 30th day of September, 2019.

GALLAGHER & KENNEDY, P.A.

By: /s/ Mark Deatherage
    Mark Deatherage
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225
    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/ Andrea L. Parker